IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Steven Salyers,                                 :
                                                :
      Plaintiff(s),                          :
                                                :  Case Number: 1:13cv392
  vs.                                           :
                                                :  Chief Judge Susan J. Dlott
Brennan Builders, Inc., et al.,                 :
                                                :
      Defendant(s).                          :

## ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 5, 2015 a Report and Recommendation (Doc. 36). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 40).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendants' motion for summary judgment (Doc. 22) is **GRANTED.** Judgment is entered in favor of the defendants and this case is **TERMINATED.**

IT IS SO ORDERED.

                                            ___s/Susan J. Dlott_____
                                            Judge Susan J. Dlott
                                            United States District Court